**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JESSIE TERRELL RADFORD** **PLAINTIFF**
**ADC #655432**

**v.** **Case No. 4:26-cv-00542-LPR-PSH**

**LEWIS YOUNG, et al.** **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 19) and the Plaintiff's Objections (Doc. 22-1). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, IT IS THEREFORE ORDERED that the following claims are DISMISSED without prejudice for failure to state a viable claim:

1. Plaintiff's claim that Defendant Watson issued him a false disciplinary;
2. Plaintiff's claims against Defendants Cannon and Richardson; and
3. Plaintiff's claims against Defendants Young and Musselwhite.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 4th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] Today's Order does not address the viability of the served claim(s). Today's Order only addresses and rules on the claims that the PRD recommends be dismissed.